# Order

Michigan Supreme Court
Lansing, Michigan

December 21, 2009

139447

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SAVITRI BHAMA,
      Petitioner-Appellant,

v

SC: 139447
COA: 290787
Ingham CC: 00-092451-AA

MICHIGAN CIVIL SERVICE COMMISSION,
      Respondent-Appellee.

_____/

      On order of the Court, the application for leave to appeal the June 29, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009

_____
Clerk